CURLEY, Respondent, v. BREWSTER et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by Margaret C. Curley, as administratrix, etc., against Benjamin O. Brewster and another. No opinion. Motions denied. See, also, 124 N. Y. Supp. 1113.

CURRAN, Respondent, v. MOSLER SAFE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Edward T. Curran against the Mosler Safe Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

DALTON, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by James C. Dalton against Henry Lewis.

PER CURIAM. Order modified, by striking out the provision of the order requiring the defendant to produce upon the reference the books and papers of the Lewis Real Estate Exchange, and, as so modified, affirmed, without costs of this appeal to either party.

SPRING and ROBSON, JJ., dissent.

In re DAVIS et al. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) In the matter of the application of Alvira Davis and Nettie B. Boehmer, as creditors of George W. Davis, deceased, for the sale of real estate for the payment of debts.

PER CURIAM. Decree affirmed, with costs. KELLOGG and HOUGHTON, JJ., vote for modification of decree by disallowing the claim of Nettie B. Boehmer as creditor of George W. Davis.

DAVIS, Appellant, v. ROBIN, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Charles H. Davis against Joseph G. Robin. B. E. V. McCarty, for appellant. C. A. Voetsch, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DE FORD, Respondent, v. KINNE & KINNE CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Thomas S. De Ford against the Kinne & Kinne Company, impleaded with others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted.

In re DE WITT. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of John D. De Witt for admission to the bar. No opinion. Application granted.

DIAMOND et al., Respondents, v. DIAMOND, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Israel Diamond and another against Celia Diamond. No opinion. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that there was an accord and satisfaction.

In re DIETZ. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Anna Dietz. No opinion. Motion denied, with $10 costs. Order filed. See, also, 122 N. Y. Supp. 1063.

DOERFLINGER, Respondent, v. HAMILTON, Appellant. (Supreme Court, Appellate Division. Second Department. July 29, 1910.) Action by William F. Doerflinger against Ada B. Hamilton. No opinion. Judgment affirmed, with costs.

DONEY, Appellant, v. BALLOU et al.; Respondents. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Anthony Doney against D. Lyde Ballou and another. No opinion. Order affirmed, with $10 costs and disbursements.

DUBINSKY, Appellant, v. ALABAMA CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Joseph Dubinsky against the Alabama Construction Company and others. No opinion. Judgment of the County Court of Kings county affirmed, with costs.

DUNCAN, Respondent, v. NASSAU ELECTRIC R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Emma Frances Duncan, individually and as executrix of the last will and testament of Lorenzo Duncan, deceased, against the Nassau Electric Railroad Company and another.

PER CURIAM. On the remittitur of the Court of Appeals, ordered that the judgment appealed from be reversed, and a new trial be granted, costs to abide the event, unless the plaintiff stipulate to reduce the fee damage to the sum of $1,875 and the rental damage to the sum of $1,125; and, if she so stipulate, judgment affirmed, without costs. See, also, 130 App. Div. 885, 114 N. Y. Supp. 1125; 132 App. Div. 901, 116 N. Y. Supp. 1134.

DURYEA, Respondent, v. ERNESTUS GULICK CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Franklin P. Duryea against the Ernestus Gulick Company. W. E. Tipple, for appellant. A. A. Wheat, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 123 N. Y. Supp. 1114, 1131.

ELLIOTT, Respondent, v. COWLES, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Homer R. Elliott against Adolphus E. Cowles. No opinion. Order affirmed, with $10 costs and disbursements.